James JESSUP, Appellant,

v.

Virgil E. BARD (Now Carma A. Bard), Appellee.

Court of Appeals of Kentucky.

Nov. 11, 1960.

Alfred C. Ross, Greenville, for appellant.

W. D. Bratcher, Greenville, Woodward, Bartlett & McCarroll, Owensboro, for appellee.

PER CURIAM.

James Jessup has moved for an appeal from a judgment determining the rights of Virgil E. Bard and his successor in title,

Carma A. Bard, to a right of way over the lands of Jessup. The record and briefs have been examined and considered. No prejudicial error has been found.

The motion for an appeal is overruled and the judgment stands affirmed.